# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE
### Assigned on Briefs April 22, 2008

## STATE OF TENNESSEE v. RENESHIA KIOTA PARKER

**Direct Appeal from the Criminal Court for Davidson County**
**No. 2006-D-3167    J. Randall Wyatt, Jr., Judge**

_____

**No. M2007-01777-CCA-R3-CD - Filed April 24, 2008**

_____

The Defendant, Reneshia Kioto Parker, pled guilty to forgery involving $1000 or more and theft of property valued at $60,000 or more. The trial court sentenced the Defendant to an effective sentence of ten years in prison. On appeal, the Defendant claims the trial court abused its discretion when it sentenced her. After a thorough review of the record and the applicable law, we dismiss this appeal because the Defendant failed to file a timely notice of appeal.

## Tenn. R. App. P. 3 Appeal as of Right; Appeal Dismissed

ROBERT W. WEDEMEYER, J., delivered the opinion of the court, in which DAVID H. WELLES and JAMES CURWOOD WITT, JR., JJ., joined.

Ryan C. Caldwell, Nashville, Tennessee, for the Appellant, Reneshia Kiota Parker.

Robert E. Cooper, Jr., Attorney General and Reporter; Michael E. Moore, Solicitor General; Cameron L. Hyder, Assistant Attorney General; Victor S. Johnson, III, District Attorney General; Lisa Naylor, Assistant District Attorney General, for the Appellee, the State of Tennessee.

## OPINION

### I. Facts

The facts forming the basis of this appeal are as follows: In 2006, the Defendant forged checks from her employer totaling $62,696.03. She committed these forgeries while on parole for a previous forgery conviction. The Defendant explained that she forged the checks because she "hit a financial crunch." Receipts show she spent the money on a new car, a trip to Mexico, and attorneys fees, among other items. The Defendant also had numerous previous forgery convictions from Tennessee and Texas.

The Defendant pled guilty to forgery involving $1000 or more and theft of property valued at $60,000 or more on April 25, 2007.  On June 6, 2007, the trial court sentenced her to four years for the forgery conviction and ten years for the theft conviction, running the sentences concurrently.  The trial court's judgments were filed June 7, 2007.  The Defendant filed her notice of appeal on August 7, 2007.

## II.  Analysis

In Tennessee, "the notice of appeal required by [Tennessee Appellate Procedure] Rule 3 shall be filed with and received by the clerk of the trial court within 30 days after the date of entry of the judgment appealed from."  Tenn. R. App. P. 4(a).  Rule 4 further states that "the filing of such document may be waived in the interest of justice."  *Id.*  In this case, the Defendant filed her notice to appeal thirty days after the thirty day deadline.  Further, we conclude there is no need to address the Defendant's claim in the interests of justice.  The Defendant did not provide the Court with any explanation for the month delay and did not acknowledge the late filing.

## III.  Conclusion

After a thorough review of the record and the applicable law, we dismiss the Defendant's appeal for failing to file a timely notice of appeal.

_____
ROBERT W. WEDEMEYER, JUDGE